UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW ORSO AS SUCCESSOR TRUSTEE TO KENNETH D. BELL IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR REX VENTURE GROUP, LLC,

    Plaintiff,

v.

JULES HARDING,

    Defendant.

Case No. 8:21-mc-41-WFJ-AEP

## **ORDER**

This matter comes before the Court on Nationwide Judgment Recovery Inc.'s ("Nationwide") Motion for Writ of Garnishment (Doc. 23).[1] A judgment in the amount of $18,461.40 was entered in the action between the parties on August 14, 2017 in the District Court for the Western District of North Carolina, Charlotte Division, which was subsequently registered in the District Court for the Middle District of Florida on April 19, 2021 (Doc. 1). *See* 28 U.S.C. § 1963. According to Nationwide, the judgment, plus post-judgment interest, remains unsatisfied. Nationwide believes that Defendant may have monies or property in the possession or control of the Garnishee E*Trade Financial and, by the instant motion, now

---

[1] Plaintiff Matthew E. Orso, in his capacity as court-appointed successor receiver for Rex Venture Group, LLC d/b/a ZEEKREWARDS.COM assigned to Nationwide the judgment entered against Defendant (Doc. 22).

requests that the Court issue a writ of garnishment directed to Garnishee E*Trade Financial to recover on the outstanding judgment.

Pursuant to Rule 69, Federal Rules of Civil Procedure, the Court must follow state law regarding execution of a judgment. Florida Statutes § 77.01 allows recovery of a money judgment via a writ of garnishment. Thus, the Court may enforce the judgment through a writ of garnishment pursuant to Florida law. Upon consideration, the Court finds good cause to grant the motion. Accordingly, it is hereby

ORDERED:

1. Nationwide's Motion for Writ of Garnishment after Judgment (Doc. 23) is GRANTED.

2. The Clerk is hereby directed to issue a Writ of Garnishment upon Garnishee E*Trade Financial.

3. As Defendant Jules Harding is an individual, the Clerk is hereby directed to attach the required notice to Defendant Jules Harding pursuant to Florida Statutes § 77.041(1) to the writ of garnishment.

DONE AND ORDERED in Tampa, Florida, on this 10th day of May, 2022.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:   Counsel of Record